UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00177-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMANDO ROMERO-AVALOS,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, June 29, 2012,** and responses to these motions shall be filed by **Friday, July 13, 2012.** It is

    FURTHER ORDERED that upon the request of counsel, a hearing on all pending motions, if necessary, and final trial preparation conference will be set at a future date.

    It is FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 30, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated: June 1, 2012.

    BY THE COURT:

    s/ Wiley Y. Daniel
    WILEY Y. DANIEL
    CHIEF U. S. DISTRICT JUDGE